# Court of Appeals
# of the State of Georgia

ATLANTA,____May 28, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1750.  JERI NELSON v. AMERICAN EXPRESS BANK, FSB.

American Express Bank, FSB, filed suit on account and contract against Jeri Nelson. The trial court granted summary judgment to American Express, awarding $6,353.87 in damages and $261 in court costs. Nelson filed this direct appeal. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required." *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987); see also OCGA § 5-6-35 (a) (6).  As the total judgment in favor of American Express is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case.  See *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865-866 (420 SE2d 810) (1992). Because Nelson failed to follow the required procedure, this Court lacks jurisdiction to consider her appeal, which is hereby DISMISSED. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____05/28/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*